DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                                                                                                        NO. 12-07-00234-CV

 

IN THE COURT OF APPEALS 

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER,
TEXAS

SOUTH RAINS WATER      §                      APPEAL
FROM THE 354TH

SUPPLY
CORPORATION,

APPELLANT

 

V.        §                      JUDICIAL
DISTRICT COURT OF

 

CITY
OF EMORY,

APPELLEE   §                      RAINS
COUNTY, TEXAS

                                                                                                    
                                                       

MEMORANDUM
OPINION

PER
CURIAM

            Appellant South Rains Water Supply Corporation has filed
a motion to dismiss this appeal.  In its
motion, South Rains states that the parties have resolved all issues presented
by the appeal.  Appellee City of Emory
has certified that it does not oppose the granting of the motion to
dismiss.  Because South Rains has met the
requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is
granted, and the appeal is dismissed.  

            Opinion delivered April 30, 2008.

            Panel consisted of Worthen, C.J., Griffith, J., and Hoyle,
J.

 

 

 

 

(PUBLISH)